

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Ali  Yazdchi v. Carmen Gage

Appellate case number:    01-20-00780-CV

Trial court case number:  2017-73236

Trial court:             151st District Court of Harris County

      Appellant's motion for rehearing is DENIED.


Judge's signature: _____/s/ Gordon Goodman_____
                         Acting for the Court

Panel consists of Justices Goodman, Hightower, and Radack[1]

Date:   ___January 19, 2023_____

---

[1]   The Honorable Sherry Radack, Senior Justice, Court of Appeals, First District of Texas at Houston, sitting by assignment.